UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERA DJAGHOURI, Plaintiff, -v- AMERICAN UNIVERSITY OF ANTIGUA et al., Defendants. | 26-CV-6445 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

On October 9, 2026, Plaintiff, who is proceeding without counsel, filed an *ex parte* application for a disability accommodation. *See* ECF No. 29. That application is hereby GRANTED, subject to the Court's determination as to any particular proceeding that the accommodation is not appropriate or should be modified. Accordingly, unless and until the Court orders otherwise, Plaintiff will be permitted to attend court proceedings in this action with his Designated Disability Communication Assistant, Jodi Lin, who may be seated beside him. Ms. Lin may assist Plaintiff in understanding questions and communications from the Court and others, and she may help Plaintiff organize his responses and statements. Ms. Lin is not Plaintiff's attorney or representative. Thus, Ms. Lin may not represent Plaintiff, provide legal advice, or present argument, and she may not, absent leave of Court, speak on Plaintiff's behalf.

Plaintiff's request for *ex parte* and sealed treatment of the application and supporting exhibits is also GRANTED. Those documents, which contain confidential medical information, shall remain under seal unless and until the Court orders otherwise.

SO ORDERED.

Dated: October 13, 2026
New York, New York

JESSE M. FURMAN
United States District Judge