UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

VALERA DJAGHOURI,

Plaintiff,

-v-

AMERICAN UNIVERSITY OF ANTIGUA et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-6445 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 14, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. In light of the agreed-upon briefing schedule, however, Plaintiff shall file any amended complaint by **November 6, 2026.** *See* ECF No. 31. If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motion to dismiss, Plaintiff should include those facts in the amended complaint.[1] Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

---

[1] If possible, Plaintiff shall file any amended complaint with a redline showing all differences between the original and revised filings, pursuant to Local Civil Rule 15.1, which is available at https://www.nysd.uscourts.gov/rules.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **November 6, 2026**; and Defendants' reply, if any, shall be filed by **November 20, 2026**. *See* ECF No. 31.

Either party may request an extension of the briefing schedule for the motion. A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 3, there is no need to mail a copy of this endorsement to Plaintiff.

SO ORDERED.

Dated: October 16, 2026
New York, New York

JESSE M. FURMAN
United States District Judge