BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**MALLORY A. CAMPBELL**
mcampbell@bsk.com
P: (646) 253-2339
F: (646) 253-2301

November 9, 2026

**VIA ELECTRONIC FILING**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

Re: *Djaghouri v. American University of Antigua, et al*
Case No. 1:26-cv-06445 (JMF)

Dear Judge Furman:

We represent Defendants American University of Antigua, Inc., Manipal Education Americas, LLC, Dwayne Hunt, and David T. Graham (collectively, "Defendants") in the above-referenced matter. We write jointly with Plaintiff regarding Defendants' anticipated Motion to Dismiss Plaintiff's First Amended Complaint. The Parties have met and conferred and respectfully propose the following briefing schedule and word limits subject to the Court's approval:

- Defendants' Motion to Dismiss, not to exceed 13,000 words, shall be filed on or before December 11, 2026;
- Plaintiff's Opposition, not to exceed 13,000 words, shall be filed on or before January 11, 2027; and
- Defendants' Reply, not to exceed 8,000 words, shall be filed on or before January 25, 2027.

The reason for the additional word limit is because our office represents all of the four Defendants and seek to submit one motion on behalf of all the Defendants who have different defenses, rather than filing separate briefs. The Parties seek additional time for their briefing schedule due to the length of Plaintiff's First Amended Complaint (seventy-six pages adding eight additional Causes of Action for a total of fifteen Causes of Action), and due to the upcoming holidays.

Defendants' Motion to Dismiss the Amended Complaint is currently due November 30, 2026. Pursuant to Local Civil Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's Opposition is currently due December 14, 2026 and Defendants' Reply is currently due December 21, 2026. This is the Parties' first

request for an extension of the briefing schedule for Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

If the foregoing proposal is acceptable to the Court, the Parties respectfully request that the Court so-order this schedule.

The Parties understand and agree that these stipulations are not Plaintiff conceding to the merits of his claims, and the Parties reserve their right to seek further reasonable extensions for good cause.

We thank the Court for its time and consideration.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

________/s/_________
Mallory A. Campbell

CC: Via ECF
Plaintiff Valera Djaghouri

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 53. As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 3, there is no need to mail a copy of this Order to Plaintiff.

SO ORDERED.

November 10, 2026